Good afternoon, this is Ninth Circuit docket number 15-80079, in re Patrick Alexandre Missud, and this is a hearing requested by Mr. Missud in response to the court's order to show cause why the Ninth Circuit should not impose the same discipline that the State Bar of California has imposed on him, namely disbarment. So, Mr. Missud, just a little background. Whenever the Court of Appeals receives notice from a bar or another court that an attorney has been suspended or disbarred, and that attorney is a member of the Ninth Circuit bar, the court automatically sends out an order to show cause why this court should not impose reciprocal discipline. And you received such an order to show cause. The scope of the hearing today is limited to the question whether this court should impose reciprocal discipline, that is, your entitlement to represent clients as a member of the bar of the Ninth Circuit in this court. We don't review any matters that have occurred in the State Bar directly. We have no authority, no jurisdiction to affect what the court, the State Bar Court did, or the California Supreme Court did, or what any other court did. So the only matter currently before me here is your continuing entitlement to practice in the Ninth Circuit. And I understand you're going to be presenting evidence and argument here today and summarizing matters. So if you don't mind, I'd like you to step up to the lectern, and we'll begin by having you sworn in. Yes, I do. All right. Mr. Masuda, as you know from the matter, the order that we sent you, there are essentially three criteria that this court uses to assess whether to impose reciprocal discipline. And the first question is whether the State Court proceedings afforded you notice and an opportunity to be heard. The second criterion is whether the evidence that was before the court, the State Bar, in the State Bar proceedings was adequate to show that the ultimate determination of disbarment was an appropriate sanction for the conduct. And then third, whether there's some other grave reason that would prevent this court from imposing similar discipline. All right. So, Mr. Masuda, do you understand what I've said to you already today? Yes. So far it's been very clear. Thank you. Good. All right. So I've read your responses to the court. I've read the hearing decision. I've reviewed decision. And I am prepared to hear you address those three criteria I set out, namely, whether you received due process in the State Bar Court proceedings, whether the evidence was sufficient, and whether there's some other reason why this court should not impose the same discipline. So, with that in mind, you may proceed. All right. Well, I appreciate the opportunity to come here and argue my case in this courtroom. Is this okay? All right. Whether the California State Bar provided me with notice, due process, and opportunity to be heard is not at all what happened. You see, for about five years now, the State Bar has been trying to disbar me because my unofficial job is as a federal whistleblower to expose rampant attorney and judicial corruption throughout California's courts and beyond. Now, I understand that you just told me that you're not going to be reviewing any state court decisions regarding my disbarment. However, I do have with me transcripts and at the office as well, probably over 3,000 pages of transcripts. Now, among those are at least 1,000 pages of transcripts from State Bar proceedings, including the January 27, 2011, Governance in the Public Interest Task Force proceeding. It was before the entire Board of Directors of the State Bar. The Bar President and Pro Tem President were both present when I testified for about, I think it was 20 minutes, and I explained to the entire panel that was assembled to discuss the best ways of protecting 38 million Californians from corrupt Bar members. Now, I regaled them about five stories on how my clients were being targeted for financial predation by a bunch of very greedy attorneys who were using their Bar licenses offensively to steal. Now, they would file fraudulent cases up front for insurance shakedowns, and also they would target private individuals who happened to be a contractor friend of mine who undertook a project, and after 95% of it was done and it was pretty much fully inspected by the City and County of San Francisco, the owner decided to lock the doors, not let him finish the last 5% of the work, brought in her attorneys who hired some, as of yet, unknown professional estimator to determine that the City hadn't properly inspected the project and it was actually rife with construction defects. So they think that at that time they demanded a quarter million dollars in damages, but you know what, even more funny than that, not only did they claim that there were a lot of construction defects that the City never found, but they waited until the 11th hour to file suits so that they could collect on three years lost rent. So, yes. I hate to interrupt you, but I'm having a little trouble following the logic here. So I'm asking you about the bar proceeding that led to your disbarment to see whether this Court should respect that, and you are now talking about some facts that were raised, I suppose, at some other proceeding. You mentioned this was a 2011 proceeding or some other proceeding, it seems, other than the one that we're now talking about, and I'm unclear why that is relevant to the State Bar proceedings that yielded the October 1st, 2014, opinion of the Hearing Department. Right. Okay, as I was just saying, the State Bar has been trying to disbar me ever since 2010, and especially since January 27, 2011, when I started blowing the whistle on the State Bar, where I showcased five prima facie frauds by bar members targeting members of the public, and I did this in front of a governance task force that was tasked with protecting 38 million consumers from dirty bar members that I was exposing. Okay, but none of that, none of what you're saying now appears in this current decision, and it's not a basis for your disbarment, nor do I, and I don't see any assertion in your filings in this Court that discuss this matter as a basis for your attacking the State Bar disbarment. This is, I think I read through everything, and correct me if I'm wrong, I don't recall that you have presented this in writing thus far. That's correct. I was supplementing my pleadings with this oral argument with a little factoid, which is actually public record. Well, it's fine, but, you know, this is the date for us to have a hearing. You've submitted a lot of material already here, and I have taken time to read it and try and understand it, and it's past the date to introduce evidence of other matters that predated this that you could have but did not include in these filings. So I really want to address the question that's right before us here. I mean, I think you're an intelligent person, and I think you can do that, and I'm hoping that you will. Absolutely. Now, you want me to get into the July 1, 2013, Order and Decision of Involuntary Disbarment that was registered by the State Bar, and which shows up on my... Yeah, it was actually the October 1 review department. I think that was the final. That's the secondary review, and actually there was a tertiary review that was filed with Ken Tilsakui of California Supreme Court, but she denied review. Right, but this is the operative document. As far as I'm concerned, this is the one. Yes, and actually there was a quadrary review that was sought with a petition for writ to John Roberts, which was sent to him by tracked federal mail four times, and the last time tracked also to the FBI in Washington, D.C. They got their set. John Roberts got his sets, and it has yet to be docketed. That's just a side note. Now, yes, let's get to the July 1, 2013 Notice, Order, and Decision of Involuntary Disbarment of Federal Informant and Key Time Relator Patrick Massoud. Now, if you would note of that, I think, 20-something page decision, it is a certain corporation called D.R. Horton that filed it through their attorney, Joel O'Doo. Are you talking about the lawsuits that were the basis for this decision? Yes, that are referenced copiously throughout the decision. Correct. I understand that you were attempting a purchase from this corporation. Yes. In Nevada 12 years ago or so? No, it was in 2003. We put earnest money down. That's about 12 years ago, I think. Yes, I think you're actually right. Time flies. That was predating the $4 trillion mortgage meltdown by, I think, about three years. Well, let's talk about what happened to you. Yes. Let's focus on that. All right. Since you ask. All right. I think it was November 2003. We shopped around for a house in Vegas near my sister's home, and we found a very nice residence. We put earnest money down, nearly, I think, $8,000. We bought some upgrades, so when all was said and done, we put $10,000 into escrow, and three or four months after the home was completed, it had appreciated from pre-construction to completed by $50,000. So when it came time to close on the home, I was pretty stoked. The house had appreciated in value, and I had completed all my lending requirements both in-house and out, but then I got a very nasty certified return receipt letter from the builder, D.R. Horton, which at the time was a $16 billion publicly traded corporation on the NYFC, goes by the acronym DHI. Now, what ended up happening is that they lied in the letter saying that I didn't fully comply with their inside lending requirements, although I had all the letters confirming from the loan officer that I had fully complied, so that they could rescind the contract and forfeit my $10,000 in cash. So let me understand this, because what I understand from reading this, and you can fill in the blanks, that what was going on somehow was that the lender that worked with them generally was supposedly available only for purchasers of those properties who would use them as their primary residence, but not for rental, and that if purchasers intended to purchase the units, but use them for rental rather than personal residence, that they could not use the DHI-related lender, but had to find independent financing. Am I close? No. DHI and at the time its affiliated lender, CH Mortgage, were perfectly happy to lend to any and all who knocked on their door. They didn't even have to be purchasing a D.R. Horton manufactured house to get a loan through CH Mortgage. They opened their doors for everybody and for every purpose. Now, and by the way, their preferred lenders happen to have been Angelo Mazzillo of Countrywide Infamy and John Stumpf right here of Wells Fargo Bank. D.R. Horton DHI would originate loans primarily through those two banks as well as IndyMac and all the other banks that you heard were involved in predatory lending. Now, DHI would make a substantial amount of money by reselling loans. Well, tell me what happened to you. Oh, absolutely. I'm sorry that I interrupted you, but you said that you had approximately $10,000 in this house, and then I interrupted you and you were about to tell me what happened. Right. I was actually pre-approved through three lenders when it came time to close my house. DHI's inside lender, CH Mortgage, sent me three series of letters, each one with diminishing requirements, the last one having been satisfied. That was verified. Right. I fully cooperated with the inside lender per terms of the contract because I knew very well that within the contract, my failure to fulfill all lender terms would cause contract rescission and my cash deposits to be forfeited. So I was very, very, very careful about crossing every T and dotting every I. So I was pre-approved through CH Mortgage, their inside lender, which incidentally wanted me to take a $3,000 a month loan and then tack on additional fees. I didn't like that one, so I picked Wells Fargo because that was only a $1,500 a month payment with no additional fees. But D.R. Horton didn't like that I found a much more competitive outside lender, so it sent me a threatening letter saying that it would cancel my contract by lying that I hadn't fulfilled inside lender requirements so it could rescind the contract and steal my money. Now, as soon as I got that letter and understood that this $16 billion company was strong-arming me into a $60,000 instantaneous loss, my medullary sponge kidneys acted up, spat out a couple of kidney stones, one of which got stuck in my ureter, and three hours later I was writhing in pain in Seton Medical Hospital. Needless to say, I was very pissed off, first, that a $16 billion corporation tried to steal my money, and secondly, that it resorted to such tactics that I ended up in the hospital. I did some sleuthing for about three years. I'm sorry. Yes. So, did the deal fall through, and did you lose your money? Did you lose your $10,000, or just did you lose the possibility of the benefit of Oregon that is buying a house that's been appreciated? After I was released from the hospital on high on Vicodin and hydromorphone, which is morphine, I jumped on a plane and I tendered performance in the offices of D.R. Horton with a $60,000 check. I told them, give me my house. They understood full well that I would make an enormous amount of trouble for them if they did not follow their end of the bargain, and if they stole my money, they knew that they had hell to pay. So, that very afternoon, they became very cordial, and they allowed me to close on the house that I had three pre-approved loans on. I did not lose a penny, however. I was sent to the hospital. I filed several suits, including breach of contract, fraud, extortion, and intentional infliction of emotional distress against the company, which intentionally tried to steal my money with Scienter because I had found, just in Nevada, 80 other families that had been financially targeted as I was. Everybody said the same exact thing. Let me ask you something before we move on from here. Did I understand you to say that you did end up getting the house, and obtained the house? I ended up having to spend at least $4,000 on travel-related expenses to prevent them from stealing my home. You managed, by doing that, you closed the house, the house was yours? I ended up tendering performance and forcing them into consummating the contract. They fraudulently induced me into a contract, promising that I'd be allowed to use an outside lender and not their inside lender because bundling home loans to home sales is an illegal antitrust, Sherman-Clayton and Cartwright Act violation, as well as a violation of Regulation X and RESPA. Okay. That is very helpful for me. That fills in a factual predicate to all this. Okay. So now let's move back, if you don't mind. I know I understand the genesis, and I understand your concern about this tactic that you have described, according to others, and that you, I guess as a member of the Bar, also have a special opportunity to attack practices that would be in violation of law. So now let us turn to the decision of the State Bar Court Review Department, which basically says that the tactics that you chose to employ to attack DHI were excessive, and I think they used the words abusive. They used the words frivolous as to some lawsuits. And they talked about the fact that you filed suit in San Francisco Superior Court, the state court in San Francisco, and received a determination that the State of California State Court did not have personal jurisdiction over Horton, who did business in Nevada, but evidently not in California. And then you refiled these actions multiple times in state court. And so one of the grounds that the State Bar Court Review Department seized on was the repetitive filing of actions and claims that had previously been rejected. And would you like me to answer all those? Yeah, please. All right. Let's just talk about that one. That's pretty straightforward and simple. It is. You got the word, the state court doesn't have jurisdiction, and then you came back and filed again. Right. Okay. You just mentioned that the review department claims my litigation actions were abusive and frivolous, and District Judge Edward Chen called them harassing. You see, District Judge Chen filed bar complaint 12-0-12270 11 days after he dismissed $16 billion Deere Horton and its predatory lender that contributed mightily to the $4 trillion mortgage meltdown in docket number 88. But he didn't have the meltdown in front of him. No. That wasn't the issue there. The issue was what you had done in the litigation. Absolutely. Now, Judge Chen, he conducted oral argument on March 9th in 2012 at page 4 of the transcript that's docketed as number 110. I told him that Deere Horton purposely availed itself of California law in court and used California law offensively to compel five class action members into secretive arbitration down in San Diego. All five of them claimed, as I did, that after they put their money in escrow, that Deere Horton threatened forfeiture of their tens of thousands of dollars and would rescind the contracts unless they capitulated to the bait-and-switch predatory loans that Deere Horton foisted on them. That was not, I mean, you're telling me this now, but there was no evidence of that in these proceedings. And to the extent there might have been evidence of that, the doctrine of collateral estoppel and res judicata would have been a difficult obstacle for you to proceed. Now, you see, what happens is when Deere Horton heads into a court and there's billions of dollars on the line because it's defrauded, I found 400 families from coast to coast, 80 of whom in Nevada, about 100 of whom in California. Had it been known that 400 families from coast to coast were defrauded by Deere Horton by using predatory bait-and-switch tactics, fraudulently inducing them into contracts and then forcing them to consummate one-sided deals which doubled their mortgage rates, that would have cost the company billions in restitution to the consumers and billions more to the U.S. government because Freddie, Fannie, HUD, and other agencies underwrote the fraudulent loans that CH Mortgage originated for DHI using Countrywide, Wells Fargo, and IndyMac, and all the other banks like Washington Mutual that were caught up to their necks in predatory lending. Now, okay, but you, I mean, you had an opportunity to raise these issues. And I did. You did raise them. And the courts held against you on these matters. What ended up happening is that each judge successively buried the information and facts. When I was in California court, I submitted CRE, California Rules of Evidence 450, self-authenticating documents. They were summarily dismissed by the California judges. When I would go to district court, federal court, I would assert Federal Rules of Evidence 803 always reliable, self-authenticating documents not subject to casual dismissal. However, district judges would ignore the evidence as Deadward Chen did. Well, then, did you, but you didn't appeal these matters of personal jurisdiction in each case, did you? As a matter of fact, I did. I repeatedly requested reconsideration based on yet more facts. I even told Judge Peter Bush that I had 20 named Californians who had been similarly defrauded. I was here in California. He laughed at me, and I have the transcript. He said, well, I don't know if you'll be able to bring those up after I dismiss this case. You see, D.R. Horton knows that if any of this information were to get out, it would lose billions in restitution to consumers and billions more in restitution to the U.S. government. Now, the U.S. government has been making deals with a lot of corporate predators who are targeting consumers at right about this time. Okay, let me just go back to my point. So, in 2005, you sued in the San Francisco Superior Court, infliction of emotional distress. The court sustained a motion to quash service of summons and complaint and dismissed it without prejudice. Okay, so then you refiled it in December of that year for emotional distress and property damage, and it was dismissed without prejudice due to lack of personal jurisdiction. So, then there was no appeal from that. There was no appeal from the finding of lack of personal jurisdiction to the California Court of Appeal. But instead, in October of 2006, you refiled again in Superior Court, again dismissed due to lack of personal jurisdiction. So, there was no appeal from those matters. If you're telling me now that you had evidence that you presented, but it wasn't considered, that is a clear basis for an appeal. If a judge doesn't consider evidence, improperly refuses to consider evidence that's properly before the court, that's what a lawyer does. A lawyer goes and files a notice of appeal, like is done in this court, and they say, well, the district court erred. I had this evidence. Here it is in the record. I introduced it or attempted to introduce it here as to how it affects my case, and the district court erred. You should reverse the judgment and let me proceed on my case, because, in fact, there is personal jurisdiction. But that's not what happened here. And I'm wondering why it isn't what happened here, why there was no appeal. I am absolutely elated that you are bringing up these issues regarding appeals, which are criminally proven with evidence that is properly before the court and much must be considered. Because I did happen to appeal the district court case that District Judge Chen summarily dismissed in favor of a $16 billion deep pocket. Wait, wait, wait, wait. It's an interesting rhetorical tactic that you just are using right here, because I've been asking you about the basis for the state court. Follow my logic here. The state court said, as I read it, Massoud continued to file these actions in state court after already knowing that the state court had said there was no personal jurisdiction. And instead of appealing it, he continued to file new actions, and in some instances included judges, not necessarily these first ones, but in some instances, instead of appealing, refiled and included as parties some of the judges who had ruled against him, and without really any basis other than they had ruled against him. And then, as I read what they said, they said, well, Massoud is contending that these judges acted fraudulently and were paid off and were part of a conspiracy or whatever, and as evidence for that, the fact that they ruled against Massoud. I think that's kind of what the review department was getting at. Okay, well, what the review department should have done was actually look at the complaints, because there were multiple motions for reconsideration in each. They all alleged different claims. There was a breach of contract claim, four-year statute of limitation, fraud, three-year statute of limitation, tort, two-year statute of limitation, and each successive case was being filed after additional victims had been located. By the time I had filed the last California case seeking jurisdiction over the predatory lender that claimed not to have any contacts in California, I had found, oh, I don't know, 40 families that had been very specifically targeted for financial predation by this $16 billion corporate predator. Jurisdiction existed by the time my last California case was filed. Minimum contacts. The corporation came into California to find business. It's classic jurisdiction. I mean, why didn't you, instead of suing in California, why didn't you mount your attack in Nevada? That's where the property was. As a matter of fact, I ended up doing that. Yeah, okay, but after you spent a lot of time in Superior Court, and that didn't prove to be too successful, actually. That was another ground that, I guess, the California, that ended up in a judgment with, I guess, some sanctions against you. Yes, absolutely. I think it was $56,000 in sanctions to shut me up, and it was actually called 18 U.S.C. 1513E, financial retaliation against a federally protected whistleblower. You see, oh, also it's a penal code violation, 136.1, 139, 140, dissuading a victim or a witness to a crime from testifying in court regarding... 1513. Yeah, that's threatening and interfering with a federal informant. Also, one of the subsections in 18 U.S.C. 1512 happens to be threatening the life of a federal whistleblower. I've got here a police report dated August 2007, when I was exposing D.R. Horton on the Internet and finding eight defrauded families from coast to coast. It would seem that Donald Horton wasn't too happy with my exposing his multibillion dollar financial predation of consumers across the nation, so he decided to blow up my truck. Let me repeat that. Police Report 070793172, that is docketed in District Court Case 072625, Sandra Armstrong says here that Officer Curry took four pictures of the blown up hood of my Chevy truck and he booked them into evidence. I told Sandra Armstrong the reason that why my truck was blown up on a particular evening was because on that evening my Internet sites were garnering... I was informing 318 million Americans that D.R. Horton was a predatory lender and that if he did business with the company he would lose tens of thousands of dollars and get settled with a predatory loan. I was bombed at 10 p.m. August 3, 2007. Sandra Armstrong ended up dismissing that federal case by ignoring a threat to a federal informant's life. Well, is there any evidence that the bomb was tied to any particular person? You know, the bomber, just like Tsarnaev, they have a tendency to run away after they've done a dastardly deed that can throw them in prison until they die. The bombers seldom ever stick around and they try to cover their tracks. What we've got to do is use our common sense and take a look at the hard proof that on the very night that my life was threatened I was exposing multi-billion dollar predation that if exposed would cause all the chairpersons on D.H.I.'s board to get incarcerated and investigated. They didn't stop you. They were unable to stop you. You were able to go forward. You did whatever Internet exposure that you had in mind. And yet they're not in jail. They're not convicted. None of the judges that you have identified have been charged or indicted or convicted. Importantly, it continues to be business. They haven't been charged or convicted. So they weren't successful in stopping you. Right. Actually that's not the only retaliation. After I filed suit in Clark County, Nevada, and I attended a June 10, 2010 hearing before Judge Bonnie Beulah, for which I sent five sets of pleadings by tracked USPS mail, registered on the official docket, faxed, and it was also attached to D.R. Horton's on moving papers as Exhibit I. I also brought in a personal set. She wasn't expecting me because I said I was submitting on the papers since I live 500 miles away. She was shocked to see me in her courtroom and she lied that she didn't get any of the copies of the pleadings that I positively sent her so that she could rig case dismissal. So I've got a transcript wherein she says, Mr. Massoud, I'm sorry I never got your opposition. I had to remind her that it was attached as Exhibit I to D.R. Horton's own opposition. I caught Judge Bonnie Beulah in a very big lie on June 10, and when I got home the following week, there was a briefcase that was left in the second of my pickup trucks and the bomb squad asked me, after having investigated, if there was anybody that wanted to do me harm and would stuff that briefcase with wires. That is also a police report and you can get a copy of it at the Ingleside Station. The basis for the sanction in Nevada, according to the Nevada State Court decision, and the decision of the State Bar Court, was that there was a protective order entered concerning the websites and, according to everything I've read, a particularly protective order that you agreed to, that eventually, after a full evidentiary hearing, the court found that you had knowingly and intentionally violated the protective order. That was the basis for the sanction. Actually, no. That wasn't a protective order. It was a protective of racketeering and multi-billion dollar fraud on the public order. Why did you sign it then? I didn't. It was never signed by me. You were a former attorney. You know that the only valid contracts are ones that are executed by the person to be charged. Since this court wanted to find me in violation of the stipulated protective order, what they should have done was find my signature on it. It did not exist. It was never stipulated to I've got e-mails proving that I told DHI that there was no way in hell that I was going to take down my websites exposing their 27 state predatory lending without guarantees that the consumers would be protected and not preyed upon. I have gobs of e-mails stating so. So you are now claiming... You're stating now that the hearing department and the review department of the State Bar Court in Nevada all got it wrong when they said that this was a stipulated protective order. As far as you're concerned, you never agreed to this protective order? Absolutely. As a matter of fact, at another hearing before presiding judge Betsy Gonzalez on July 13, 2010, the first thing that she did was clear her courtroom of any media that might be in attendance. I have that 50-minute transcript wherein I tell her of the by then 40 defrauded Nevada families that I had found in her own backyard who could attest, as I did, that they were lured into a contract, promised affordable mortgage rates, but allowed to use outside lending, but when it came time to consummate the contracts, DHI threatened forfeiture of tens of thousands of dollars in escrow accounts, which it controlled through DHI title and threatened rescission of all the contracts, more or less, consumers who did business with your hoard and were certain to get screwed. I told all this to Betsy Gonzalez on June 13 during our reported hearing. And you made all these arguments that California State Bar proceeded, right? I have a 749-page contract before Armendariz, and I have another transcript for the review department. I regaled them ad nauseum about all these details. I even brought in the FTC records wherein there's 44 frauds in 20 different states, each of them alleging, as we all did in Nevada and California, we have over 400 victims who, if ever got a day in court, would bankrupt D.R. Horton, which is a known predatory lender. Okay, so getting back to what is before us today. From what I'm gathering from what you're telling me, you're really not contending that the state bar court proceedings didn't give you notice and opportunity to be heard. You did have that. You did make your case to them. They didn't believe you or they got it wrong or whatever. They came up with an incorrect conclusion. Am I reading you reasonably right here? By the time the bar got me into their bar court trial, I had already exposed, I'm estimating now, 60 state and federal judges, ultra-corruption. It's easy to do when you file everything up front along with the complaint, like FTC records, HUD audit reports, FBI investigations, a list of 400 defrauded victims. When you file all that up front and the judge ignores it all, like Chen who ignored that D.H.I. purposefully availed itself of California law in the Wilson case and yet lied days later saying there was no jurisdiction over D.H.I. Then 11 days after that to cover up that he sold his decision to D.H.I. to save it billions of dollars, he filed a bar complaint to initiate an investigation into my quote-unquote harassment of a $16 billion corporation that bankrupted and foreclosed 400 families that I could name by name. You just said that Judge Chen sold his decision to D.H.I. Let's consider this. First year civil procedure, first week, you'll learn about jurisdiction. The most basic form. That's not what I'm asking about. You just said that Chen sold his decision. That means that somebody paid him to come up with that decision. That's what that means to me. So you're now contending that Judge Chen received money from Horton to rule as he did. Is that what you're telling me? It's called Hobbs Act corruption. It's the same thing that was caught in his circuit. I know the concept of receiving money illegally, but what evidence do you have that he received money illegally? Let's see. He is a sitting district court judge who doesn't understand basic jurisdiction 101 to cut loose a $16 billion corporate predator that was caught in 400 frauds. And that's after I tell him an oral argument personally that D.R. Horton expensively availed itself of California law. So you're just speculating that an individual might be ignorant of the law or make a mistake in the law. But I asked you whether you had any evidence that there was money transferred here. And you've made this allegation with respect to multiple judges. And I'm just wondering whether this all is simply your inference that the only basis for them getting it so wrong must have been that they received money from Horton for ruling as they did. Is that what you're saying here? What you just said is something about a mistake in the law. Basic jurisdiction is like saying 2 plus 2 equals 1. Judge Chen made the equivalent of a... I'm trying to follow the money here. You said Judge Chen received money for making this decision. You said that about a number of other judges. Your typewriter does not have an S key on it. It only has a dollar sign key on it when you're talking about... So where's the money? Where's the evidence of money? So you're asking me if I actually witnessed the exchange of a bag of money like in the cartoons. Any other evidence that there was actual bribery is what we're talking about here that occurred. Yes, actually any other evidence includes patterns and practices. Which is why I file so many cases, appeals, and writs. Because judge after judge after judge for some reason always follows the money. As a matter of fact, the pleading that is registered in this court that is entitled Supplemental Response happens to list, I believe, 10 circuit court cases where only the deep pockets are favored. And this is in despite of the registered evidence that was registered along with the complaints or along with the writs that are FRE 803. If I understand you correctly, you believe, you are asserting here, that not only did Judge Chen receive money for making his decision, but the three circuit judges who ruled on the appeal of Judge Chen's decision also must have been paid off the rule as they did. They don't necessarily have to be paid off, but the thing is, if their lower court colleague is exposed as corrupt, then every case that he's ruled on would have to be reviewed for corruption. So, they don't want to open up a can of worms. What they do is they close ranks with the district court judge and they rubber stamp. Now, be it known that Judge Chen handled three of my district court cases, and in each he made major basic mistakes. As a matter of fact, district court case C-12-5306 was registered as a RICO action that very same day. It was whisked off of the public pacer database and buried on the court's internal docket as a miscellaneous insurance claim. Thereafter, the ninth district court feigned that they mistakenly took it off of public view, filed it internally to call it an insurance claim, and then refiled it as district C-12-5468. This I'm not making up. I've got the court's own official records. So, I'm not exactly sure what, you know, typically those filings are handled by clerks at the district court and at our court. So, I don't see any tie-in for what a judge would have done about the filing of a document like that. All right. More recently, there's another case filed in San Francisco, part of which was removed to Judge Chen. This would be the third case that he made a major basic mistake on. The one I'm talking about right now? The one that I had just discussed was C-12-5306, which morphed into 12-MC-80246, which changed a third time into C-12-5468. Okay, but those aren't matters that were at issue in your state bar court proceeding, correct? No, but you asked me about patterns and practices and circumstantial evidence proving that judges are on the take. And when you've got a district court judge who throws three cases and makes very, very brazen and basic mistakes to dismiss each, that tends to show a very strong pattern and practice of ruling for the special interests corporate entities and $6 billion corporations. Okay. I get this argument. This is one that you made fairly clearly in both of your submissions, including the supplemental one. And we've talked about the due process issue. And now we've talked about basically the sufficiency of the evidence issue. And you've talked about the large number of folks that you assert the state have been harmed by Horton and your eagerness to expose this. Are there any other reasons that this court should not respect the determination of the California State Bar, this barmen proceeding? Oh, absolutely. You just mentioned due process and how we had considered all that. We have barely scratched the surface. I'm going to get on record right now three ultra damning facts. The state bar is supposed to have produced all the transcripts for my disbarment within, I think, 30 days of my verified demands. I actually had to subpoena the state bar to get production of public records. And that was because it was breaking its own rules. It was withholding the transcript for 41 days after it was reduced to a writing. Angie Matarazzi certified that she had produced the transcript on a certain date. And all the while I was demanding a copy of said transcript, which I was due, especially since I was the respondent in a bar court proceeding. Not only that, when they finally produced the transcript concurrently with its decision in order of my involuntary disbarment, about 167 pages were missing. Pages 433 to 599 impeached two of the bar's four star witnesses. Those witnesses happened to be D.R. Horton attorneys. The bar did not want me to have a transcript in my hand prior to its rigged order of my disbarment, because it wanted to hide the fact how easily I had impeached two attorneys who covered up a billion dollar financial predation by a $16 billion corporation. Not only that, a copy of the bar's order of disciplinary action that was produced on July 1st, 2013, and wasn't publicly known until three days later, a holiday, July 4th, happened to have made it in the hands of another dirty set of attorneys on the 3rd. They got a preview copy to file in case CGC 07464022, in which a racketeering ring of Superior Court judges are rigging Federal Arbitration Act arbitrations, just like the National Arbitration Forum was exposed to doing in 2008. In other words, corrupt attorneys covering up that judges rigged arbitrations got an advanced copy of my disbarment to file in that case two days before it was publicly known. This is a fact. This is in the official register of actions in the case. I don't recall reading this detail in your submission. Did you include this in your supplemental? Not in the supplemental, in prior proceedings. Oh, yes. Where is that? Checking maybe the preliminary reply and the subsequent reply, the supplemental reply. I'm looking at the preliminary reply, and I don't see this argument. Actually, yes, it's even mentioned in the footnote of the supplemental that I filed for this hearing. Let me pin-cite it for you. I have some vague recollection of this matter. Yes, as a matter of fact, on page 4, footnote 3. And this is your supplement, right? Absolutely. Give me a moment. You're on page 3? Page 3, footnote 3. It's the same copy that the FBI and Federal DOJ have. My footnote 3 says something about a demur. Yes, those two cases with official snippets of the official dockets copied happen to be the two Federal Arbitration Act RICO cases that were rigged by the same ring of racketeering judges. You're just talking about the fact that you didn't get copies of transcripts. You were saying it's a due process matter. You didn't get copies of transcripts, but the other side did. No, the other side didn't. What ended up happening is that the transcripts that I was due were being legally suppressed so that I wouldn't have them in my hands to contest any involuntary disbarments. So that's what I was asking you, where that argument is. You didn't make that argument in the written stuff. This is new that you're talking about. I really don't think it's new. This is definitely a point that I brought up. And also if you would look at page 8, footnote 8. Let me read that into the record. You don't need to do that. It's part of the record. Okay, very good. Well, for the benefit of Loretta Lynch, maybe I should read it anyhow. Further note that Peritone terms at the bottom of page 13, the Purcell-Hahn concurrence to affirm the 7-1-13 decision in order of involuntary inactive status succinctly says the bar's recommendation became effective July 4th and yet corrupt attorneys covering up judicial corruption got an advance copy the day before and quickly registered it in case 07464022 detailing FAA RICO orchestrated by judges. Wait a minute. Hold on a second. Are you reading from page 8? Footnote 8. Supplemental response demanded by this circuit which is desperate to preempt the record on 8415. Okay, I'm not seeing what you just read. Maybe I'm looking at the wrong document. Would you like to see my copy? I see page 8. My footnote says further note that Peritone terms at the bottom of page 13. Is that what we're talking about? Bottom of which page? You just said page 8. Page 8. That's correct. That's the one. Okay. Oh, here it is. I see. So when did you get the full transcript of the state bar trial, the state bar court trial? Let's see. After I served a bunch of state and federal subpoenas on the state bar which continued to suppress the evidence, I had to serve I had to threaten to serve Sorenson Court Reporting in Pacific Manor, a federal subpoena for production when the owner of the company immediately within the hour attached court reporter copies of the full transcript. So I never got it from the bar. So when did you get the full transcript? I got the full transcript about a month after my notice of involuntary disbarment and I had to get it directly from Sorenson Court Reporting. And by the way, the state bar has a pattern and practice of not furnishing  judges in lies or ignoring evidence. Okay. So we have about 20 more minutes for this hearing. So I'm going to let you summarize whatever the most salient points are that you want to make. You've made a number of them so far, but I want you to be able to use this time to make whatever points that you need to make and draw my attention to whatever my attention needs to be drawn to because my obligation now after this hearing is to prepare a report and recommendation about what the outcome ought to be here at the Ninth Circuit. That report and recommendation, incidentally, is going to be served on you and you'll have an opportunity to file whatever comments you want. Thereafter, the report and recommendation and any comments that you have, objections, whatever, will be submitted to a three-judge panel and that three-judge panel will decide what to do. Now, accept my recommendation or not? Fine. I appreciate that and I also hope that after the report and recommendation is produced that I will be able to get a copy of today's transcript in timely fashion so that I can contest. Okay. This hearing is recorded. You can access it on the public website. We don't... Audio. I don't believe we're being... Although there is video capability, I think this hearing is probably just audio. I could be wrong about that, but it is being recorded and you will have an opportunity to go on the website and cite whatever part of this hearing you wish in terms of putting together your comments on the report and recommendation. All right. Now, you started off our hearing by stating the three elements that I had to prove and the first, of course, were related to due process and we probably covered that well enough. Whether the state bar proceedings were adequate and the evidence was sufficient to find me guilty of moral turpitude is definitely still at question. And also, it wasn't just moral turpitude. There were a number of other bases that the, as you know, that the hearing department cited as grounds. There were two grounds, basically, and then the number of matters that they considered to be in aggravating factors. Yes, and their major point was that I kept on filing quote-unquote repetitive or harassing cases in multiple jurisdictions even though each successive case discovered more and more So, the state bar proceedings, whether they were adequate, you also began this hearing by stating that you would not look into California state courts' reasonings for having disbarred me. That is not true. I did not say that. I said this matters that our scope of review is simply as to what the state bar court did and whether this court should respect it to the extent of imposing reciprocal discipline. But we don't have any authority to overturn any determination of the state court. That is, we can't affect the state California state court decision to disbar you. We don't have any jurisdiction to do that, nor do we have, nor do I as a magistrate level judicial officer have any authority to review any federal court action that's occurred. As I said at the outset, all that we're concerned with here is your ability to continue to be a member of the bar of the Ninth Circuit and represent clients in this court. Fine. Now, you just said that you are definitely interested in knowing what the state bar court did when it decided to involuntarily disbar me. The best evidence is the original evidence. So, I am more than happy to produce a copy of the court reporter's electronic transcripts, all 649 pages, and you can see we're in at pages 433 to 599. I impeached two of the bar's star witnesses. There were only four, and they happened to be two attorneys for the D.R. Horton Corporation. They were covering up the predation of 400 families. Another of the bar's star witnesses happens to have been James Wagstaff of Kerr and Wagstaff that frequently represents the state bar and has an automatic conflict of interest. James Wagstaff is a civil procedural expert that teaches at Hastings College of the Law, and when I had him in court, he was unable to explain why Judge Woolard, after having admitted not having any jurisdiction over a guy named Finkelson, took jurisdiction over a guy named Finkelson and ordered him to pay all state insurance $48,000. Jimmy Wagstaff was impeached on the stand during the state court proceedings. So were Leonard Marquez and Joe Lodeau. All three of the star witnesses burst into flames and plummeted to the ground. I will produce the 649 page bar court transcripts proving that to criminal standards. Now, going back to the grave reasons or important reasons that this Ninth Circuit Court might have to not reciprocate disciplinary decision to disbar me. I have so far prosecuted 14 cases, appeals, state Supreme Court writs up through either the state courts or district circuit courts up to the U.S. Supreme Court. In each, I approved them to criminal standards and submitted the writs concurrently with overwhelming FRA 803 evidence. In each, the U.S. Supreme Court denied IFP status to needlessly increase my costs of litigation to make me go away. Then I complied with SCOTUS Rule 33.1, submitted the cash and 40 very pricey booklets. In each, they were denied simply because John Roberts doesn't want to admit how easy it is to catch judges who assert absolute judicial immunity to cover up their Hobbs Act corruption and Federal Arbitration Act award rigging. As a matter of fact, I've got two U.S. Supreme Court writs pending now before the U.S. Supreme Court. 14-9320 proves to criminal standards that the city of San Francisco preys mostly on minorities, as did Ferguson, Missouri, when issuing traffic citations and towing vehicles. The city is stealing cars. That's criminally proven with the sunshine ordinances or California's open government statutes. Let me ask you this. Have you successfully litigated any matters? I mean, you've mentioned a number of important civil rights concerns. As a practicing lawyer, have you been successful in obtaining relief for your clients in any matters that raise these kinds of issues? Have I ever made any deals to keep my mouth shut the other way while corruption was festering? I ask you if you won any cases for your clients. It is precisely the reason that I do not settle and I do not try to cover up judicial corruption that I cannot settle. So is the answer no, you haven't won any cases? As for other clients, there's just a handful of those. And the clients that I did actually successfully represent, I had to shut down the other attorney who was trying to gouge, who was trying to cripple Bill, who filed fraudulent lawsuits. In each of those cases, I summarily got the complaints dismissed within just a few motions. You're talking about as a defense attorney. But what about, have you, I mean, I'm getting the sense that what your real passion is, is more on the plaintiff's side trying to right wrongs. And I'm just wondering whether you have been successful in that in any respect. Yes, I have on three fronts. First of all, I'm a bit of a webmaster, although my numerous websites need updating. So I've already publicly dedicated, I am assuming, 20,000 pages of evidence to the web, which is perused daily by 318 million Americans. What about in court? My question is, I know about the websites, but what about, have you received, have you gotten any judgments in favor of clients as a plaintiff's lawyer? There is still a case that is still active in which I was plaintiff's attorney of record until my order of involuntary disbarment was registered in the case two days prematurely. Okay, let me ask you another question. I think you stated here that most of your work has been on a contingency basis. Am I correct in that? As a lawyer that you've been. I've done work for a handful of clients. Let's say a dozen. Some of them my friends. There was no charge. For all of those, I won them. For the one that's still active, and I was a plaintiff's attorney, but then removed from the case by the superior court because it didn't want me further exposing NAF type arbitration rigging because it actually considered the notice of entry of my disbarment on July 3rd when it wasn't publicly known until July 5th. Okay, let me just get to what I'm getting at here. So one possible basis that you might come into the court and say, well, you've taken away my license, my ability to earn a living and you've mentioned that your license is valuable and you've used different figures in valuing it. But I guess my question is kind of a practical one. The license does allow you the ability to practice law, but it doesn't by and of itself provide income. You have to earn the income from that. And so my question is, have you earned income as a lawyer, not as a webmaster, but as a lawyer from clients or from judgments to which you're entitled to a contingent fee award? Yes, I used to work on transactional basis and I actually still do. As a matter of fact, I even served process for a client a couple of days ago, Peter Van Zandt downtown and the gentleman up in the Richmond. Now, so did you bill your time as a lawyer for these matters? Is that what you're telling me? For some matters? Absolutely. Yes. And I still have a contingency fee agreement in the case in which my disbarment was prematurely known by two days. Now, what about in the Ninth Circuit? Have you ever represented a client in the Ninth Circuit as a lawyer and earned fees for that? No, not clients, only in my own appeals. All right. So let me ask you this. Since what we're talking about is your ability to practice and you haven't ever practiced in the Ninth Circuit aside from if you were somehow, if this court were to conclude that no, we're not going to respect the state bar court, we're going to let the suit continue to practice in the court. What likelihood is there that you would actually practice as a lawyer in the court? Because of course, nothing that we do today is going to affect your ability to appear here as a pro se litigant. The only real question here is whether you can represent others in this court as a lawyer and practicing member of the bar. So what practical consequence is it to you of being able to practice here as a lawyer? What expectation is there that you would represent clients in the court? Actually, very good, because I have currently two civil rights cases registered. That would be C.G.C. 14-537-723 and 545-303 and their progeny. And what court are those in? Those are in San Francisco Superior moved to Santa Clara Superior. Okay, well there's no way that those cases come to the Ninth Circuit. Actually, there is, because they're alleging civil rights violations. However, you didn't let me finish yet. They produced a criminal court case in Santa Clara where I am the defendant. That case is C.1502-123. On January 9th, 2015, I caught Judge William Elving in 15 lies and rigging two case dismissals. One of the cases detailing how San Francisco is Ferguson on steroids. So how does that get you to be a lawyer in the Ninth Circuit representing clients here? Where's the case? If they're in state court and you're a criminal defendant, you can't represent all, that doesn't, you would represent yourself, but that would, you would be a lawyer in that case. You'd be a pro se representing yourself. And any other matter that would be in Superior Court in Santa Clara would have no way to get to the Ninth Circuit. This morning I filed documents with the FBI and DOJ and then with the court in Santa Clara. I explained to them that my false imprisonment on January 9th and for 16 hours in county jail was for being a whistleblower who was asserting the civil rights of mostly Hispanic and African Americans who were being targeted by the traffic courts and criminal justice systems in both cities. It's a class action in Santa Clara. I already have a $100 million civil rights action there naming Judge William Elving for my false imprisonment and I've got the January 9th transcript catching him in 15 lies and at page 20 asking city attorney Brian Ciballo how best to rig a demur on June 5th. These are official court records. FRE 803, you would be derelict in your duties if you did not consider the ultra damning evidence of judicial corruption. This is a setup. You have five minutes. It's time to sum up. Criminal case 1502123 was initiated by a corrupt judge who wants to shut me down because my job is to expose judicial corruption in state and federal courts. I've done so over 100 times in as many cases, appeals and writs all the way up to the U.S. Supreme Court. Currently docketed before John Roberts are two U.S. Supreme Court writs 14-9320 proving that the city of San Francisco preys on minorities as did Ferguson, Missouri. Supreme Court case 1410335 is entitled Massoud vs. Wayne LaPierre and the NRA. Therein I prove the criminal standards of Judge William Alsup who already illegally deleted dockets number 81-85, 87 and 88 from civil case C12-3117. Also intentionally late served his order of dismissal cutting loose the NRA from my criminally proven lawsuit by five days. William Alsup registered his notices of dismissal on April 24, 2014 and within his proofs of service intentionally served them five days later after Wayne LaPierre's national convention finished. They were providing me with an ultra clear message that Massoud is not going to mess around with the NRA's enormous profits by selling guns unfettered to anybody who asks for them. Judge Alsup also took a kickback from the NRA to do that? If you were to look at district court case C14-1223 I detail the two dozen ways in which I can prove that Alsup sold his orders of dismissal. Two dozen. He refused to apply U.S. Supreme Court precedent in his decisions. His decisions are completely void of any reasoning. John Roberts requires ever since the McCutcheon case that rulings in district court have a minimum of three paragraphs of legal discussion. Judge Alsup dismissed three of my cases naming the NRA without a single word of substance. He got only into procedure and he summarily dismissed. There are 24 ways proving Judge Alsup sold his orders. You don't have to actually witness a bag of money changing hands when there's a pattern in practice. So you think if I come up with a reporting recommendation and my decision is this court should respect and impose reciprocal discipline, do you think that's because I'm going to receive some money from somebody? You are in a position you have to cover up all lower court corruption. You have no choice but to close ranks and try to conceal it. You don't need a bag of money. Yeah. I'm sure though that you've got access as did Judge Porteous and Judges Chiaverella and Conahan. I guess I'm outside the loop here, Mr. Masud, because I'm not seeing the money. Well, all the judges that were caught in operations, Gambit, Lantern, Gray Lord, also said the same thing. And Gray Lord's 17 judges said they never got the money. They all got convicted. Okay. Well, our time is up for today. I appreciate your coming here and you were very courteous in your presentation. I appreciate that. And as I mentioned before, I will set out to prepare a report and recommendation. I'll lay it out as I see it and you'll have your opportunity to make whatever comments that you wish to make about it. And then a three-judge panel will make the ultimate decision in this matter. Thank you for appearing today. Thank you very much for the additional service by our trustee security folks. I appreciate that very much for being here today. And so this matter is then submitted. Thank you.
judges: Appellate Commissioner Shaw